IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | |
| Philip J. Cook, | Case No. 16-21307 GLT |
| | Chapter 13 |
| Debtor | |
| | Related to Docket No. 73 |
| Philip J. Cook, | |
| Movant | |
| vs. | |
| Dick's Sporting Goods, | |
| Respondent | |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on April 27, 2021, a true and correct copy of the *Notice of Hearing along with the Objection to Respondent's Claim 3* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

Dicks Sporting Goods, Inc.
Attn: Payroll Dept.
345 Court Street
Coraopolis, PA 15108

Philip Cook
5576 Glen Hill Drive
Bethel Park, Pa 15102

Date of Service: April 27, 2021

/s/ Lauren M. Lamb
Lauren M. Lamb, Esquire
Attorney for the Debtor
STEIDL & STEINBERG
Suite 2830, Gulf Tower
707 Grant Street
Pittsburgh, PA 15219
(412) 391-8000
Llamb@steidl-steinberg.com
PA I.D. No. 209201