**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>　PHILIP J. COOK | Case No.16-21307GLT |
| 　　Debtor(s)<br>Ronda J. Winnecour, Trustee<br>　Movant<br>　　vs.<br>PHILIP J. COOK | Chapter 13 |
| | Related to Docket No. 72 |
| 　　Respondents | |

FILED
4/26/21 9:41 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## ORDER TO STOP PAYROLL DEDUCTIONS

　　AND NOW, this __26th Day of April, 2021_____, it is hereby ORDERED, ADJUDGED, and DECREED that,

　　　　　　　　　Dicks Sporting Goods
　　　　　　　　　Attn: Payroll Manager
　　　　　　　　　345 Court St
　　　　　　　　　Coraopolis,PA 15108

is hereby ordered to immediately terminate the attachment of the wages of PHILIP J. COOK, social security number XXX-XX-9928.  No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of PHILIP J. COOK.


FURTHER ORDERED:


　　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　　　_____
cc: Debtor(s)　　　　　　　　　　　　　　　　　　Gregory L. Taddonio, Judge
　　Debtor(s) Attorney　　　　　　　　　　　　　United States Bankruptcy Court

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-21307-GLT |
| Philip J. Cook | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: mgut | Page 1 of 2 |
| Date Rcvd: Apr 26, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 28, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Philip J. Cook, 5576 Glen Hill Drive, Bethel Park, PA 15102-3326 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Apr 28, 2021 | Signature: | /s/Joseph Speetjens |

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 26, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Chrisovalanate P. Fliakos | on behalf of Creditor Pennymac Loan Services  LLC pawb@fedphe.com |
| Jerome B. Blank | on behalf of Creditor Pennymac Loan Services  LLC pawb@fedphe.com |
| Lauren M. Lamb | on behalf of Debtor Philip J. Cook julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;acordell@steidl-steinberg.com;cgoga@steidl-steinberg.com;LambLR53037@notify.bestcase.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com |
| Maria Miksich | on behalf of Creditor Pennymac Loan Services  LLC mmiksich@kmllawgroup.com |
| Mario J. Hanyon | on behalf of Creditor Pennymac Loan Services  LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Office of the United States Trustee | |

| | | |
|---|---|---|
| District/off: 0315-2 | User: mgut | Page 2 of 2 |
| Date Rcvd: Apr 26, 2021 | Form ID: pdf900 | Total Noticed: 1 |

                ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
                cmecf@chapter13trusteewdpa.com

S. James Wallace
                on behalf of Creditor Peoples Natural Gas Company  LLC ecfpeoples@grblaw.com, Equitablebankruptcy@peoples-gas.com

Thomas Song
                on behalf of Creditor Pennymac Loan Services  LLC pawb@fedphe.com

TOTAL: 9