Form 614

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Philip J. Cook** | : | Case No. 16−21307−GLT |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| | : | |
| | : | Hearing Date: 7/21/21 at 11:00 AM |
| | : | Response Date: 80 |

## ORDER SETTING STATUS CONFERENCE

**AND NOW**, the Court having reviewed the docket in this case and determined that DEBTOR(S) (the "Debtor(s)") did not file one or both of the following (each a "Certification"):

☒ *Certification of Discharge Eligibility* [PAWB Local Form 24]; and/or,

☐ *Certification of Completion of Financial Management Course*;

and the Court having entered an Order on 5/26/2021 [Doc. No. 81] indicating that the failure to file a Certification will prevent the Debtor(s) from receiving a discharge of debts in this bankruptcy case; **it is hereby ORDERED, ADJUDGED, and DECREED that:**

1. A status conference shall be held on **July 21, 2021 at 11:00 AM** in Zoom location, https://www.zoomgov.com/j/ , at which time Debtor(s)' Counsel shall appear and explain why the Debtor(s) did not file the required Certification(s). A response to this Order shall be filed on or before 7/10/2021.

2. In the event that all required Certifications are filed on or before the response deadline, the Court may vacate this Order and cancel the status conference.

Dated: May 26, 2021

Case administrator to serve:
Counsel to Debtor(s)
Debtor(s)
Chapter 13 Trustee
Office of the U.S. Trustee

Gregory L. Taddonio, Judge
United States Bankruptcy Court

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-21307-GLT |
| Philip J. Cook | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: dbas | Page 1 of 2 |
| Date Rcvd: May 26, 2021 | Form ID: 614 | Total Noticed: 25 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 28, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Philip J. Cook, 5576 Glen Hill Drive, Bethel Park, PA 15102-3326 |
| cr | + | Peoples Natural Gas Company, LLC, Attn: Dawn Lindner, 225 North Shore Drive, Pittsburgh, PA 15212-5860 |
| 14208802 | + | AES/PHEAA, 1200 N 7th Street, Harrisburg, PA 17102-1419 |
| 14232348 | | AMERICAN EXPRESS BANK, FSB, C/O BECKET AND LEE LLP, PO BOX 3001, MALVERN, PA 19355-0701 |
| 14208803 | + | Allegent Community Federal Credit Union, 1001 Liberty Avenue, Suite 100, Pittsburgh, PA 15222-3715 |
| 14208804 | + | American Express, P.O. Box 1270, Newark, NJ 07101-1270 |
| 14208805 | | Bank of America, P.O. Box 5982238, El Paso, TX 79999 |
| 14253635 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14419821 | + | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 14242202 | + | Nationwide, PO Box 23356, Pittsburgh, PA 15222-6356 |
| 14208809 | + | Nationwide Bank, PO Box 31027, Tampa, FL 33631-3027 |
| 14271470 | + | PENNYMAC LOAN SERVICES, LLC, 6101 CONDOR DRIVE, MOORPARK, CA 93021-2602 |
| 14219409 | + | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 14208810 | + | PennyMac, PO Box 660929, Dallas, TX 75266-0929 |
| 14208813 | + | Slate Visa from Chase, PO Box 15153, Wilmington, DE 19886-5153 |
| 14233736 | | Wells Fargo Bank N.A., d/b/a Wells Fargo Dealer Se, P.O. Box 19657, Irvine, CA 92623-9657 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14208807 | | Email/PDF: ais.chase.ebn@americaninfosource.com | May 27 2021 01:36:25 | Chase Rewards Club, P.O. Box 15298, Wilmington, DE 19850-5298 |
| 14208806 | | Email/PDF: ais.chase.ebn@americaninfosource.com | May 27 2021 01:40:18 | Chase Card, P.O. Box 15153, Wilmington, DE 19886-5153 |
| 14208808 | + | Email/Text: PBNCNotifications@peritusservices.com | May 27 2021 02:34:00 | Kohls Payment Center, P.O Box 2983, Milwaukee, WI 53201-2983 |
| 14248163 | + | Email/Text: bankruptcydpt@mcmcg.com | May 27 2021 02:37:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14964576 | | Email/PDF: MerrickBKNotifications@Resurgent.com | May 27 2021 01:38:13 | Merrick Bank, c/o Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14269228 | | Email/Text: Bankruptcy.Notices@pnc.com | May 27 2021 02:35:00 | PNC BANK N.A., P.O. BOX 94982, CLEVELAND, OH 44101-0570 |
| 14208811 | | Email/Text: Bankruptcy.Notices@pnc.com | May 27 2021 02:35:00 | PNC Bank, P.O. Box 856177, Louisville, KY 40285 |
| 14208812 | + | Email/PDF: gecsedi@recoverycorp.com | May 27 2021 01:38:18 | Sams Club Discover, P.O. Box 960013, Orlando, FL 32896-0013 |
| 14208814 | | Email/Text: PFS.Analyst@stclair.org | May 27 2021 02:38:00 | St. Clair Hospital, 1000 Bower Hill Road, Pittsburgh, PA 15243-1899 |

| District/off: 0315-2 | User: dbas | Page 2 of 2 |
|---|---|---|
| Date Rcvd: May 26, 2021 | Form ID: 614 | Total Noticed: 25 |

TOTAL: 9

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Pennymac Loan Services, LLC |
| cr | * | ECMC, P.O. Box 16408, St. Paul, MN 55116-0408 |
| cr | * | Merrick Bank, c/o Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14208815 | ##+ | Wells Fargo, PO Box 25341, Santa Ana, CA 92799-5341 |

TOTAL: 1 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 28, 2021                Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 26, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Pennymac Loan Services  LLC bnicholas@kmllawgroup.com |
| Chrisovalanate P. Fliakos | on behalf of Creditor Pennymac Loan Services  LLC pawb@fedphe.com |
| Jerome B. Blank | on behalf of Creditor Pennymac Loan Services  LLC pawb@fedphe.com |
| Lauren M. Lamb | on behalf of Debtor Philip J. Cook julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;acordell@steidl-steinberg.com;cgoga@steidl-steinberg.com;LambLR53037@notify.bestcase.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com |
| Maria Miksich | on behalf of Creditor Pennymac Loan Services  LLC mmiksich@kmllawgroup.com |
| Mario J. Hanyon | on behalf of Creditor Pennymac Loan Services  LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company  LLC ecfpeoples@grblaw.com, Equitablebankruptcy@peoples-gas.com |
| Thomas Song | on behalf of Creditor Pennymac Loan Services  LLC pawb@fedphe.com |

TOTAL: 10