**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>PHILIP J. COOK<br><br>　　　　Debtor(s)<br><br>Ronda J. Winnecour<br>　Chapter 13 Trustee,<br>　　　　Movant<br>　　　vs.<br>No Respondents. | Case No.:16-21307<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

　1.  The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

　2.  The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

　3.  Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

　4.  After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report").  Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

　**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

May 25, 2021

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

    1. The case was filed on 04/06/2016 and confirmed on 5/13/16. The case was subsequently    Completed After Confirmation

    2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 135,357.38 |
| Less Refunds to Debtor | 265.54 | |
| TOTAL AMOUNT OF PLAN FUND | | 135,091.84 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 4,400.00 | |
|   Trustee Fee | 6,361.26 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 10,761.26 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   PENNYMAC LOAN SERVICES LLC<br>    Acct: 5166 | 0.00 | 84,437.39 | 0.00 | 84,437.39 |
|   PENNYMAC LOAN SERVICES LLC<br>    Acct: 5166 | 1,489.07 | 1,489.07 | 0.00 | 1,489.07 |
|   ALLEGENT COMMUNITY FCU<br>    Acct: 4401 | 7,842.77 | 7,842.77 | 646.64 | 8,489.41 |
|   WELLS FARGO BANK NA D/B/A WELLS FA<br>    Acct: 6170 | 8,574.67 | 8,574.67 | 1,208.62 | 9,783.29 |
| | | | | 104,199.16 |
| **Priority** | | | | |
|   LAUREN M LAMB ESQ<br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   PHILIP J. COOK<br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   PHILIP J. COOK<br>    Acct: | 265.54 | 265.54 | 0.00 | 0.00 |
|   STEIDL & STEINBERG<br>    Acct: | 3,400.00 | 3,400.00 | 0.00 | 0.00 |
|   STEIDL & STEINBERG<br>    Acct: XXXXXXXXXXXXXXXXXXXXXXXXX0-20 | 1,000.00 | 1,000.00 | 0.00 | 0.00 |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
|   ECMC(*)<br>    Acct: 9928 | 28,072.59 | 7,913.13 | 0.00 | 7,913.13 |
|   AMERICAN EXPRESS BANK FSB<br>    Acct: 1001 | 6,568.73 | 1,851.60 | 0.00 | 1,851.60 |
|   BANK OF AMERICA NA**<br>    Acct: 6462 | 10,311.77 | 2,906.69 | 0.00 | 2,906.69 |
|   JPMORGAN CHASE BANK NA<br>    Acct: 2017 | 0.00 | 0.00 | 0.00 | 0.00 |
|   JPMORGAN CHASE BANK NA<br>    Acct: 7760 | 0.00 | 0.00 | 0.00 | 0.00 |
|   KOHLS++ | 0.00 | 0.00 | 0.00 | 0.00 |

16-21307                                                                                                              Page 2 of 2

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
|     Acct: 7111 | | | | |
|   MERRICK BANK | 6,704.95 | 1,890.00 | 0.00 | 1,890.00 |
|     Acct: 0822 | | | | |
|   PNC BANK NA | 18,146.14 | 5,115.06 | 0.00 | 5,115.06 |
|     Acct: 2848 | | | | |
|   MIDLAND FUNDING LLC | 1,613.91 | 454.94 | 0.00 | 454.94 |
|     Acct: 5137 | | | | |
|   JPMORGAN CHASE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 9995 | | | | |
|   ST CLAIR HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 3864 | | | | |
|   PEOPLES NATURAL GAS CO LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   PHELAN HALLINAN DIAMOND & JONES LL | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | | | | 20,131.42 |

TOTAL PAID TO CREDITORS                                                                                       124,330.58

  TOTAL CLAIMED
  PRIORITY              0.00
  SECURED          17,906.51
  UNSECURED        71,418.09


Date: 05/25/2021                                                 /s/ Ronda J. Winnecour

                                                                                                     RONDA J WINNECOUR PA ID #30399
                                                                                                     CHAPTER 13 TRUSTEE WD PA
                                                                                                     600 GRANT STREET
                                                                                                     SUITE 3250 US STEEL TWR
                                                                                                     PITTSBURGH, PA  15219
                                                                                                     (412) 471-5566
                                                                                                     cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
PHILIP J. COOK

Debtor(s)

Ronda J. Winnecour
    Movant
  vs.
No Repondents.

Case No.:16-21307

Chapter 13

Document No.:

ORDER OF COURT

AND NOW, this _____day of _____, 20___, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-21307-GLT |
| Philip J. Cook | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: dbas | Page 1 of 2 |
| Date Rcvd: May 26, 2021 | Form ID: pdf900 | Total Noticed: 25 |

The following symbols are used throughout this certificate:

**Symbol**   **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 28, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Philip J. Cook, 5576 Glen Hill Drive, Bethel Park, PA 15102-3326 |
| cr | + | Peoples Natural Gas Company, LLC, Attn: Dawn Lindner, 225 North Shore Drive, Pittsburgh, PA 15212-5860 |
| 14208802 | + | AES/PHEAA, 1200 N 7th Street, Harrisburg, PA 17102-1419 |
| 14232348 | | AMERICAN EXPRESS BANK, FSB, C/O BECKET AND LEE LLP, PO BOX 3001, MALVERN, PA 19355-0701 |
| 14208803 | + | Allegent Community Federal Credit Union, 1001 Liberty Avenue, Suite 100, Pittsburgh, PA 15222-3715 |
| 14208804 | + | American Express, P.O. Box 1270, Newark, NJ 07101-1270 |
| 14208805 | | Bank of America, P.O. Box 5982238, El Paso, TX 79999 |
| 14253635 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14419821 | + | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 14242202 | + | Nationwide, PO Box 23356, Pittsburgh, PA 15222-6356 |
| 14208809 | + | Nationwide Bank, PO Box 31027, Tampa, FL 33631-3027 |
| 14271470 | + | PENNYMAC LOAN SERVICES, LLC, 6101 CONDOR DRIVE, MOORPARK, CA 93021-2602 |
| 14219409 | + | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 14208810 | + | PennyMac, PO Box 660929, Dallas, TX 75266-0929 |
| 14208813 | + | Slate Visa from Chase, PO Box 15153, Wilmington, DE 19886-5153 |
| 14233736 | | Wells Fargo Bank N.A., d/b/a Wells Fargo Dealer Se, P.O. Box 19657, Irvine, CA 92623-9657 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14208807 | | Email/PDF: ais.chase.ebn@americaninfosource.com | May 27 2021 01:40:18 | Chase Rewards Club, P.O. Box 15298, Wilmington, DE 19850-5298 |
| 14208806 | | Email/PDF: ais.chase.ebn@americaninfosource.com | May 27 2021 01:36:25 | Chase Card, P.O. Box 15153, Wilmington, DE 19886-5153 |
| 14208808 | + | Email/Text: PBNCNotifications@peritusservices.com | May 27 2021 02:34:00 | Kohls Payment Center, P.O Box 2983, Milwaukee, WI 53201-2983 |
| 14248163 | + | Email/Text: bankruptcydpt@mcmcg.com | May 27 2021 02:37:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14964576 | | Email/PDF: MerrickBKNotifications@Resurgent.com | May 27 2021 01:38:12 | Merrick Bank, c/o Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14269228 | | Email/Text: Bankruptcy.Notices@pnc.com | May 27 2021 02:35:00 | PNC BANK N.A., P.O. BOX 94982, CLEVELAND, OH 44101-0570 |
| 14208811 | | Email/Text: Bankruptcy.Notices@pnc.com | May 27 2021 02:35:00 | PNC Bank, P.O. Box 856177, Louisville, KY 40285 |
| 14208812 | + | Email/PDF: gecsedi@recoverycorp.com | May 27 2021 01:38:18 | Sams Club Discover, P.O. Box 960013, Orlando, FL 32896-0013 |
| 14208814 | | Email/Text: PFS.Analyst@stclair.org | May 27 2021 02:38:00 | St. Clair Hospital, 1000 Bower Hill Road, Pittsburgh, PA 15243-1899 |

Case 16-21307-GLT    Doc 85    Filed 05/28/21    Entered 05/29/21 00:44:44    Desc Imaged
Certificate of Notice    Page 6 of 6

| District/off: 0315-2 | User: dbas | Page 2 of 2 |
|---|---|---|
| Date Rcvd: May 26, 2021 | Form ID: pdf900 | Total Noticed: 25 |

TOTAL: 9

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Pennymac Loan Services, LLC |
| cr | * | ECMC, P.O. Box 16408, St. Paul, MN 55116-0408 |
| cr | * | Merrick Bank, c/o Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14208815 | ##+ | Wells Fargo, PO Box 25341, Santa Ana, CA 92799-5341 |

TOTAL: 1 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 28, 2021        Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 25, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Pennymac Loan Services  LLC bnicholas@kmllawgroup.com |
| Chrisovalanate P. Fliakos | on behalf of Creditor Pennymac Loan Services  LLC pawb@fedphe.com |
| Jerome B. Blank | on behalf of Creditor Pennymac Loan Services  LLC pawb@fedphe.com |
| Lauren M. Lamb | on behalf of Debtor Philip J. Cook julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;acordell@steidl-steinberg.com;cgoga@steidl-steinberg.com;LambLR53037@notify.bestcase.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com |
| Maria Miksich | on behalf of Creditor Pennymac Loan Services  LLC mmiksich@kmllawgroup.com |
| Mario J. Hanyon | on behalf of Creditor Pennymac Loan Services  LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company  LLC ecfpeoples@grblaw.com, Equitablebankruptcy@peoples-gas.com |
| Thomas Song | on behalf of Creditor Pennymac Loan Services  LLC pawb@fedphe.com |

TOTAL: 10